```
                                              FILED
                                              June 14, 2005
    UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA       CALIFORNIA
                                              DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-05-0210-FCD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| AARON MICHAEL BUCK, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>AARON MICHAEL BUCK</u>, Case No. <u>CR.S-05-0210-FCD</u>, Charge, Trafficking and Using Unauthorized Access Devices, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __ Release on Personal Recognizance

      __ Bail Posted in the Sum of $_____

      _X_ Unsecured Appearance Bond

      __ Appearance Bond with 10% Deposit

      __ Appearance Bond with Surety

      __ Corporate Surety Bail Bond

      __ (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 14, 2005</u> at <u>2:31 p.m.</u>

By   /s/ Peter A. Nowinski
     Peter A. Nowinski
     United States Magistrate Judge