QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
AARON MICHAEL BUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-0210-FCD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION VACATING TRIAL AND TRIAL CONFIRMATION DATES, |
| v. | ) ) | SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME; PROPOSED |
| AARON MICHAEL BUCK, | ) ) | ORDER |
| Defendant. | ) ) | Judge: Frank C. Damrell |

   This court has scheduled a trial confirmation hearing in this case for Monday, July 25, 2005.  A jury trial is currently scheduled for August 9, 2005.  The government's attorney has been engaged in a lengthy trial that will continue next week, and the parties have not been able to discuss the resolution of this case.  In addition, although the defense anticipates a change of plea in this case, defense counsel needs to conduct additional investigation on matters that could impact both Mr. Buck's sentence and the terms of a plea agreement. Finally, once the attorneys are able to discuss resolution of this case, defense counsel will need additional time to discuss that with Mr. Buck.

1  The parties, through their respective counsel, hereby stipulate
2  and agree that the trial confirmation and jury trial dates should be
3  vacated and a status conference scheduled in this case for August 15,
4  2005.  In addition, the parties stipulate that the time period from
5  July 25, 2005, to August 15, 2005, be excluded under the Speedy Trial
6  Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need
7  to provide defense counsel with the reasonable time to prepare.
8  A proposed order is attached and lodged separately for the court's
9  convenience.

10  DATED: July 22, 2005                    Respectfully submitted,

11  McGREGOR W. SCOTT                       QUIN DENVIR
    United States Attorney                  Federal Defender

12

13
    /s/ Matthew C. Stegman                  /s/ Daniel J. Broderick
14  MATTHEW C. STEGMAN                      DANIEL J. BRODERICK
    Assistant U.S. Attorney                 Chief Assistant Federal Defender
15  Attorney for United States              Attorneys for AARON BUCK

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-210 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER VACATING TRIAL CONFIRMATION** |
| v. ) | **AND JURY TRIAL, SCHEDULING STATUS** |
| ) | **CONFERENCE AND EXCLUDING TIME** |
| AARON MICHAEL BUCK, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on July 22, 2005, IT IS HEREBY ORDERED that the trial confirmation hearing currently scheduled for July 25, 2005, and the jury trial, currently scheduled for August 9, 2005, are hereby vacated.

IT IS FURTHER ORDERED that a status conference shall be scheduled in this case for Monday, August 15, 2005, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 22, 2005, stipulation, the time under the Speedy Trial Act is excluded from July 22, 2005, through August 15, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July 22, 2005           /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL JR.
                               UNITED STATES DISTRICT JUDGE