```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorneys for Defendant
    AARON MICHAEL BUCK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-0210-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME; |
| v. | ) | PROPOSED ORDER |
| | ) | |
| AARON MICHAEL BUCK, | ) | |
| | ) | Judge: Frank C. Damrell |
| Defendant. | ) | "AS MODIFIED" |
| | ) | |

This court has scheduled a status conference in this case for Tuesday, September 6, 2005. The parties are in the process of attempting to resolve this case, and need additional time to do so. In addition, if a resolution is reached, defense counsel will need additional time to discuss that with Mr. Buck.

The parties, through their respective counsel, hereby stipulate and agree that the status confernce scheduled in this case for September 6, 2005, be continued until September 12. In addition, the parties stipulate that the time period from August 31, 2005, to

1

September 12, 2005, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

DATED: August 31, 2005                    Respectfully submitted,

McGREGOR W. SCOTT                         QUIN DENVIR
United States Attorney                    Federal Defender


 /s/ Matthew C. Stegman                    /s/ Daniel J. Broderick
MATTHEW C. STEGMAN                         DANIEL J. BRODERICK
Assistant U.S. Attorney                    Chief Assistant Federal Defender
Attorney for United States                 Attorneys for AARON BUCK

## ORDER

For the reasons set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the status conference currently scheduled for September 6, 2005, be continued until Monday, September 12, 2005, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Additionally, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from August 31, 2005, through September 12, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 1, 2005

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL JR.
                              UNITED STATES DISTRICT JUDGE

Stip. To Continue Status            1