QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
AARON MICHAEL BUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-0210-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING CHANGE |
| | ) | OF PLEA AND EXCLUDING TIME; |
| v. | ) | ORDER |
| | ) | |
| AARON MICHAEL BUCK, | ) | |
| | ) | Judge: Frank C. Damrell |
| Defendant. | ) | |
| | ) | |

This court has scheduled a change of plea in this case for Monday, October 3, 2005.  The parties are in the process of attempting to resolve this case, and need additional time to do so.  One of the issues that needs to be resolved is whether Mr. Buck could be placed in a residential halfway house as part of any sentence in this case.  The parties have solicited input on this issue from the probation office and the Bureau of Prisons and are awaiting their response.

///

///

1

1      The parties, through their respective counsel, hereby stipulate
2 and agree that the change of plea scheduled in this case for October 3,
3 2005, be continued until October 17, at 9:30 a.m..  In addition, the
4 parties stipulate that the time period from October 3, 2005, to October
5 17, 2005, be excluded under the Speedy Trial Act (18 U.S.C.
6 §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
7 defense counsel with the reasonable time to prepare.
8      A proposed order is attached and lodged separately for the court's
9 convenience.

10 DATED: September     , 2005          Respectfully submitted,

11 McGREGOR W. SCOTT                    QUIN DENVIR
   United States Attorney               Federal Defender

13
    /s/ Matthew C. Stegman               /s/ Daniel J. Broderick
14 MATTHEW C. STEGMAN                   DANIEL J. BRODERICK
   Assistant U.S. Attorney              Chief Assistant Federal Defender
15 Attorney for United States           Attorneys for AARON BUCK

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>AARON MICHAEL BUCK,<br><br>    Defendant.<br>_____ | NO. CR. S-05-210 FCD<br><br>**ORDER CONTINUING CHANGE OF PLEA AND EXCLUDING TIME** |

For the reasons set forth in the stipulation of the parties, filed on September 29, 2005, IT IS HEREBY ORDERED that the change of plea currently scheduled for October 3, 2005, be continued until Monday, October 17, 2005, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 29, 2005, stipulation, the time under the Speedy Trial Act is excluded from October 3, 2005, through October 17, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: September 30, 2005    /s/ Frank C. Damrell Jr.
                  FRANK C. DAMRELL JR.
                  UNITED STATES DISTRICT JUDGE

2