```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
AARON MICHAEL BUCK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AARON MICHAEL BUCK,<br><br>　　　　　Defendant. | NO. CR-S-05-0210-FCD<br><br>STIPULATION CONTINUING CHANGE<br>OF PLEA AND EXCLUDING TIME;<br>ORDER<br><br>Judge: Frank C. Damrell<br><br>**MODIFIED** |

　　　This court has scheduled a change of plea in this case for Monday, October 17, 2005.  The parties are in the process of attempting to resolve this case, and need additional time to do so.  Counsel for Mr. Buck has received information from the Bureau of Prisons, the U.S. Probation Office, and the Sierra County probation office regarding where Mr. Buck could serve his anticipated federal sentence.  However, each office has raised unanticipated logistical issues that need to be addressed.  Counsel for Mr. Buck needs additional time to address these issues and to discuss the resolution of this case with government

1

1  counseland with Mr. Buck.

2  The parties, through their respective counsel, hereby stipulate
3  and agree that the change of plea scheduled in this case for October
4  17, 2005, be continued until October 31, at 9:30 a.m..  In addition,
5  the parties stipulate that the time period from today, October 14,
6  2005, to October 31, 2005, be excluded under the Speedy Trial Act (18
7  U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to
8  provide defense counsel with the reasonable time to prepare.

9  A proposed order is attached and lodged separately for the court's
10 convenience.

11 DATED: October 14, 2005                Respectfully submitted,

12 McGREGOR W. SCOTT                      QUIN DENVIR
   United States Attorney                 Federal Defender
13
14
   /s/ Matthew C. Stegman                 /s/ Daniel J. Broderick
15 MATTHEW C. STEGMAN                     DANIEL J. BRODERICK
   Assistant U.S. Attorney                Chief Assistant Federal Defender
16 Attorney for United States             Attorneys for AARON BUCK

Stip. To Continue Change of Plea    2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-210 FCD |
| Plaintiff, | |
| v. | **ORDER CONTINUING CHANGE OF PLEA AND EXCLUDING TIME** |
| AARON MICHAEL BUCK, | |
| Defendant. | **MODIFIED** |

For the reasons set forth in the stipulation of the parties, filed on October 14, 2005, IT IS HEREBY ORDERED that the change of plea currently scheduled for October 17, 2005, be continued until Monday, November 14, 2005, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 14, 2005, stipulation, the time under the Speedy Trial Act is excluded from October 14, 2005, through November 14, 2005, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 14, 2005        /s/ Frank C. Damrell Jr.
                               FRANK C. DAMRELL JR.
                               UNITED STATES DISTRICT JUDGE

Stip. To Continue Change of Plea     1