```
QUIN DENVIR, Bar #49374
Federal Defender
DANIEL J. BRODERICK, Bar #89424
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorneys for Defendant
AARON MICHAEL BUCK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-0210-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING CHANGE |
| | ) | OF PLEA AND EXCLUDING TIME; |
| v. | ) | PROPOSED ORDER |
| | ) | |
| AARON MICHAEL BUCK, | ) | |
| | ) | Date: January 23, 2006 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Frank C. Damrell |
| | ) | |

This court has scheduled a change of plea in this case for Monday, December 9, 2005. The parties are continuing to try and resolve this case, and need additional time to work out the details of a potential resolution. Counsel for Mr. Buck has received information from the Bureau of Prisons, the U.S. Probation Office, and the Sierra County probation office regarding where Mr. Buck could serve his anticipated federal sentence. However, there are logistical issues affecting each of these entities that still need to be resolved. Counsel for Mr. Buck needs additional time to address these issues and to discuss the

1

1  resolution of this case with government counsel and with Mr. Buck.
2  During this time, Mr. Buck continues to participate in the drug court
3  programs mandated by the state drug court.
4      The parties, through their respective counsel, hereby stipulate
5  and agree that the change of plea scheduled for December 12, 2005 be
6  continued until January 23, 2006, at 9:30 a.m..  In addition, the
7  parties stipulate that the time period from today, December 9, 2005, to
8  January 23, 2006, be excluded under the Speedy Trial Act (18 U.S.C.
9  §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide
10 defense counsel with the reasonable time to prepare.
11     A proposed order is attached and lodged separately for the court's
12 convenience.

13 DATED: December 9, 2005                Respectfully submitted,

14 McGREGOR W. SCOTT                      QUIN DENVIR
   United States Attorney                 Federal Defender

17  /s/ Matthew C. Stegman                 /s/ Daniel J. Broderick
   MATTHEW C. STEGMAN                     DANIEL J. BRODERICK
   Assistant U.S. Attorney                Chief Assistant Federal Defender
18 Attorney for United States             Attorneys for AARON BUCK

28 Stip. To Continue Change of Plea    2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>AARON MICHAEL BUCK,<br><br>                Defendant.<br>_____ | NO. CR. S-05-210 FCD<br><br>**ORDER CONTINUING CHANGE OF PLEA AND EXCLUDING TIME** |

    For the reasons set forth in the stipulation of the parties, filed on December 9, 2005, IT IS HEREBY ORDERED that the change of plea currently scheduled for December 12, 2005, be continued until Monday, January 23, 2006, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 9, 2005 stipulation, the time under the Speedy Trial Act is excluded from December 9, 2005, through January 23, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 9, 2005               /s/ Frank C. Damrell Jr.
                                                 FRANK C. DAMRELL JR.
                                                 UNITED STATES DISTRICT JUDGE

Stip. To Continue Change of Plea    1