```
 1  DENNIS S. WAKS Bar #142581
    Acting Federal Defender
 2  DANIEL J. BRODERICK, Bar #89424
    Chief Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorneys for Defendant
    AARON MICHAEL BUCK
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )   NO. CR-S-05-0210-FCD
                                )
12             Plaintiff,       )   STIPULATION CONTINUING CHANGE
                                )   OF PLEA AND EXCLUDING TIME;
13       v.                     )   PROPOSED ORDER
                                )
14  AARON MICHAEL BUCK,         )
                                )   Date:  February 6, 2006
15             Defendant.       )   Time:  9:30 a.m.
                                )   Judge: Frank C. Damrell
16  _____)

17
```

18      This court has scheduled a tentative change of plea in this case
19 for Monday, January 23, 2005.  The parties have continued their
20 negotiations toward resolution, and need additional time to work out
21 the details of a plea agreement. Even though defense counsel has
22 received all the necessary information in regard to where Mr. Buck
23 could serve his anticipated federal sentence, logistical issues
24 affecting other entities are being resolved.  Counsel for Mr. Buck
25 needs additional time to address these issues and to discuss the
26 resolution of this case with government counsel and with Mr. Buck.
27      The parties, through their respective counsel, hereby stipulate

1

and agree that the change of plea scheduled for January 23, 2006 be continued until February 6, 2006 at 9:30 a.m.. In addition, the parties stipulate that the time period from today, January 18, 2006, to February 6, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: January 18, 2006                Respectfully submitted,

McGREGOR W. SCOTT                      DENNIS W. WAKS
United States Attorney                 Acting Federal Defender


 /s/ Matthew C. Stegman                 /s/ Daniel J. Broderick
MATTHEW C. STEGMAN                     DANIEL J. BRODERICK
Assistant U.S. Attorney                Chief Assistant Federal Defender
Attorney for United States             Attorneys for AARON BUCK

Stip. To Continue Change of Plea    2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>AARON MICHAEL BUCK,<br><br>              Defendant.<br>_____ | NO. CR. S-05-210 FCD<br><br>ORDER CONTINUING CHANGE OF PLEA<br>AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on January 18, 2006, IT IS HEREBY ORDERED that the change of plea currently scheduled for January 23, 2006 be continued until Monday, February 6, 2006, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 18, 2006 stipulation, the time under the Speedy Trial Act is excluded from January 18, 2006 through February 6, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: January 18, 2006

                                        /s/Frank C. Damrell, Jr.
                                        FRANK C. DAMRELL
                                        UNITED STATES DISTRICT JUDGE

Stip. To Continue Change of Plea    1