DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
AARON MICHAEL BUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-0210-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION CONTINUING CHANGE |
| | ) | OF PLEA AND EXCLUDING TIME; |
| v. | ) | ORDER |
| | ) | |
| AARON MICHAEL BUCK, | ) | |
| | ) | Date: February 21, 2006 |
| Defendant. | ) | Time: 9:30 a.m. |
| | ) | Judge: Frank C. Damrell |
| | ) | |

This court has scheduled a tentative change of plea in this case for Monday, February 6, 2006. Counsel for Mr. Buck has presented a proposed resolution to the U.S. Probation Office, the Probation office for Sierra County (where Mr. Buck is currently serving a drug court sentence), and the directors of Progress House (where Mr. Buck currently resides). Upon receipt of their feedback, which is expected next week, counsel for both parties will confer and work out the details of a plea agreement.

The parties, through their respective counsel, hereby stipulate and agree that the change of plea scheduled for February 6, 2006 be continued until February 21, 2006 at 9:30 a.m.. In addition, the

1

parties stipulate that the time period from today, February 3, 2006, to February 21, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: February 3, 2006           Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney


 /s/ Matthew C. Stegman              /s/ Daniel J. Broderick
MATTHEW C. STEGMAN                  DANIEL J. BRODERICK
Assistant U.S. Attorney             Acting Federal Defender
Attorney for United States          Attorneys for AARON BUCK

Stip. To Continue Change of Plea    2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-05-210 FCD |
| Plaintiff, ) | |
| ) | **ORDER CONTINUING CHANGE OF PLEA** |
| v. ) | **AND EXCLUDING TIME** |
| AARON MICHAEL BUCK, ) | |
| Defendant. ) | |
| _____ ) | |

    For the reasons set forth in the stipulation of the parties, filed on February 3, 2006, IT IS HEREBY ORDERED that the change of plea currently scheduled for February 6, 2006 be continued until Monday, February 21, 2006, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 3, 2006 stipulation, the time under the Speedy Trial Act is excluded from February 3, 2006 through February 21, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 3, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL
                                          UNITED STATES DISTRICT JUDGE

Stip. To Continue Change of Plea    1