DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
AARON MICHAEL BUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-0210-FCD |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING CHANGE |
| ) | OF PLEA AND EXCLUDING TIME; |
| v. ) | ORDER |
| ) | |
| AARON MICHAEL BUCK, ) | |
| ) | Date: March 6, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Frank C. Damrell |
| ) | |

     This court has scheduled a tentative change of plea in this case for Tuesday, February 21, 2006. Counsel for Mr. Buck has been unable to formalize the full details of a proposed resolution with the directors of Progress House (where Mr. Buck currently resides).  Upon resolution of these details, counsel for both parties will confer and work out the details of a plea agreement.

     The parties, through their respective counsel, hereby stipulate and agree that the change of plea scheduled for February 21, 2006 be continued until March 6, 2006 at 9:30 a.m..  In addition, the parties stipulate that the time period from today, February 17, 2006, to March 6, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

     A proposed order is attached and lodged separately for the court's convenience.

///

1

DATED: February 17, 2006          Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Stegman          /s/ Daniel J. Broderick
MATTHEW C. STEGMAN              DANIEL J. BRODERICK
Assistant U.S. Attorney          Acting Federal Defender
Attorney for United States       Attorneys for AARON BUCK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-05-210 FCD |
| Plaintiff, | |
| v. | **ORDER CONTINUING CHANGE OF PLEA AND EXCLUDING TIME** |
| AARON MICHAEL BUCK, | |
| Defendant. | |

For the reasons set forth in the stipulation of the parties, filed on February 17, 2006, IT IS HEREBY ORDERED that the change of plea currently scheduled for February 21, 2006 be continued until Monday, March 6, 2006, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 17, 2006 stipulation, the time under the Speedy Trial Act is excluded from February 17, 2006 through March 6, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February 17, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
UNITED STATES DISTRICT JUDGE

Stip. To Continue Change of Plea      1